LODGED
CLERK, U.S. DISTRICT COURT
2/1/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_VAV\_\_\_\_ DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
February 1, 2023
CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_ch\_\_\_\_ DEPUTY

E. MARTIN ESTRADA
United States Attorney
ANNAMARTINE SALICK
Assistant United States Attorney
Chief, National Security Division
ANDREW M. ROACH (Cal. Bar No. 293375)
Assistant United States Attorney
Cyber & Intellectual Property Crimes Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0306
     Facsimile: (213) 894-2927
     E-mail:    andrew.roach@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>               v.<br><br>AMIR HOSSEIN GOLSHAN,<br><br>          Defendant. | CR  2:23-mj-00460-DUTY<br><br>GOVERNMENT'S NOTICE OF REQUEST FOR DETENTION |

Plaintiff, United States of America, by and through its counsel of record, hereby requests detention of defendant and gives notice of the following material factors:

☐  1.   Temporary 10-day Detention Requested (§ 3142(d)) on the following grounds:

   ☐   a.   present offense committed while defendant was on release pending (felony trial),

   ☐   b.   defendant is an alien not lawfully admitted for permanent residence; and

|   |   |   |   |
|---|---|---|---|
| | ☐ | c. | defendant may flee; or |
| | ☐ | d. | pose a danger to another or the community. |
| ☒ | 2. | | Pretrial Detention Requested (§ 3142(e)) because no condition or combination of conditions will reasonably assure: |
| | ☒ | a. | the appearance of the defendant as required; |
| | ☒ | b. | safety of any other person and the community. |
| ☐ | 3. | | Detention Requested Pending Supervised Release/Probation Revocation Hearing (Rules 32.1(a)(6), 46(d), and 18 U.S.C. § 3143(a)): |
| | ☐ | a. | defendant cannot establish by clear and convincing evidence that he/she will not pose a danger to any other person or to the community; |
| | ☐ | b. | defendant cannot establish by clear and convincing evidence that he/she will not flee. |
| ☐ | 4. | | Presumptions Applicable to Pretrial Detention (18 U.S.C. § 3142(e)): |
| | ☐ | a. | Title 21 or Maritime Drug Law Enforcement Act ("MDLEA") (46 U.S.C. App. 1901 et seq.) offense with 10-year or greater maximum penalty (presumption of danger to community and flight risk); |
| | ☐ | b. | offense under 18 U.S.C. §§ 924(c), 956(a), 2332b, or 2332b(g)(5)(B) with 10-year or greater maximum penalty (presumption of danger to community and flight risk); |
| | ☐ | c. | offense involving a minor victim under 18 U.S.C. §§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1)-(a)(3), 2252A(a)(1)-2252A(a)(4), |

     2260, 2421, 2422, 2423 or 2425 (presumption of danger to community and flight risk);

☐  d.  defendant currently charged with an offense described in paragraph 5a - 5e below, <u>AND</u> defendant was previously convicted of an offense described in paragraph 5a - 5e below (whether Federal or State/local), <u>AND</u> that previous offense was committed while defendant was on release pending trial, <u>AND</u> the current offense was committed within five years of conviction or release from prison on the above-described previous conviction (presumption of danger to community).

☒  5.  Government Is Entitled to Detention Hearing Under § 3142(f) If the Case Involves:

☐  a.  a crime of violence (as defined in 18 U.S.C. § 3156(a)(4)), a violation of 18 U.S.C. § 1591, or Federal crime of terrorism (as defined in 18 U.S.C. § 2332b(g)(5)(B)) for which maximum sentence is 10 years' imprisonment or more;

☐  b.  an offense for which maximum sentence is life imprisonment or death;

☐  c.  Title 21 or MDLEA offense for which maximum sentence is 10 years' imprisonment or more;

☐  d.  any felony if defendant has two or more convictions for a crime set forth in a-c above or for an offense under state or local law that would qualify under a, b, or c

|    |   |     |                                                                      |
|----|---|-----|----------------------------------------------------------------------|
| 1  |   |     | if federal jurisdiction were present, or a combination               |
| 2  |   |     | or such offenses;                                                    |
| 3  | ☐ | e.  | any felony not otherwise a crime of violence that                    |
| 4  |   |     | involves a minor victim or the possession or use of a                |
| 5  |   |     | firearm or destructive device (as defined in 18 U.S.C.               |
| 6  |   |     | § 921), or any other dangerous weapon, or involves a                 |
| 7  |   |     | failure to register under 18 U.S.C. § 2250;                          |
| 8  | ☒ | f.  | serious risk defendant will flee;                                    |
| 9  | ☒ | g.  | serious risk defendant will (obstruct or attempt to                  |
| 10 |   |     | obstruct justice) or (threaten, injure, or intimidate                |
| 11 |   |     | prospective witness or juror, or attempt to do so).                  |
| 12 | ☐ | 6.  | Government requests continuance of _____ days for detention          |
| 13 |   |     | hearing under § 3142(f) and based upon the following                 |
| 14 |   |     | reason(s):                                                           |

_____

_____

_____

//
//
//
//
//
//
//
//
//
//

4

☐ 7.   Good cause for continuance in excess of three days exists in that:

_____

_____

_____

_____

Dated: February 1, 2023              Respectfully submitted,

                                     E. MARTIN ESTRADA
                                     United States Attorney

                                     ANNAMARTINE SALICK
                                     Assistant United States Attorney
                                     Chief, National Security Division

                                     _____
                                     ANDREW M. ROACH
                                     Assistant United States Attorney

                                     Attorneys for Applicant
                                     UNITED STATES OF AMERICA