FILED

2023 FEB -3 AM 10: 06

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF
LOS ANGELES
BY: ____ds____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF | 2:23-mj-00460-DUTY |
| V. | |
| AMIR HOSSEIN GOLSHAN | REPORT COMMENCING CRIMINAL ACTION |
| USMS# _____ DEFENDANT | |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest:  12:25   2/2/2023   ☐ AM  ☑ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   ☐ Yes   ☑ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):   ☐ Yes   ☐ No

4. Charges under which defendant has been booked:
   USC § 1030(a)(7)   Threatening to Damage a Protected Computer

5. Offense charged is a:   ☑ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:   ☐ No   ☑ Yes   Language: _____

7. Year of Birth:  1998

8. Defendant has retained counsel:   ☑ No
   ☐ Yes   Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified: _____

10. Remarks (if any): _____

11. Name:  Nicholas Rasch   (please print)

12. Office Phone Number:  310-477-6565

13. Agency:  FBI Los Angeles

14. Signature: _____

15. Date:  2/2/2023

CR-64 (05/18)           REPORT COMMENCING CRIMINAL ACTION