UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff,
vs.
Amir Hossein Golshan
Defendant.

Western Division

Case Number: 2:23-MJ-00460
Initial App. Date: 02/03/2023
Initial App. Time: 2:00 PM

Complaint & Warrant
Custody

Date Filed: 02/01/2023
Violation: 18:1030
CourtSmart Reporter: 2/3/2023

**PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE:** Karen L. Stevenson

**CALENDAR/PROCEEDINGS SHEET LOCAL/OUT-OF-DISTRICT CASE**

PRESENT: Roberson, Gay (Deputy Clerk) / Andrew Roach (Assistant U.S. Attorney) / None (Interpreter/Language)

- [ ] INITIAL APPEARANCE NOT HELD - CONTINUED
- [x] Court issues Order under Fed. R. Crim. P. 5(f) concerning prosecutor's disclosure obligations; see General Order 21-02 (written order).
- [x] Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and [x] preliminary hearing OR [ ] removal hearing / Rule 20.
- [x] Defendant states true name [x] is as charged [ ] is _____
- [ ] Court ORDERS the caption of the Indictment/Information be changed to reflect defendant's different true name. Counsel are directed to file all future documents reflecting the true name as stated on the record.
- [x] Defendant advised of consequences of false statement in financial affidavit. [ ] Financial Affidavit ordered **SEALED**.
- [x] Attorney: Annie O'toole, DFPD [x] Appointed [ ] Prev. Appointed [ ] Poss. Contribution (see separate order)
- [ ] Special appearance by: _____
- [x] Government's request for detention is: [x] GRANTED [ ] DENIED [ ] WITHDRAWN [ ] CONTINUED
- [x] Contested detention hearing is held. [x] Defendant is ordered: [x] Permanently Detained [ ] Temporarily Detained (see separate order).
- [ ] BAIL FIXED AT $ _____ (SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)
- [ ] Government moves to UNSEAL Complaint/Indictment/Information/Entire Case: [ ] GRANTED [ ] DENIED
- [ ] Preliminary Hearing waived. [ ] Class B Misdemeanor [ ] Defendant is advised of maximum penalties
- [ ] This case is assigned to Magistrate Judge _____. Counsel are directed to contact the clerk for the setting of all further proceedings.
- [ ] PO/PSA WARRANT [ ] Counsel are directed to contact the clerk for District Judge _____ for the setting of further proceedings.
- [x] Preliminary Hearing set for 2/17/2023 at ~~4:30 PM~~ 11:30 AM
- [x] PIA set for: 2/22/2023 at 11:00 AM in LA; at 10:00 AM in Riverside; at 10:00 AM in Santa Ana  30
- [ ] Government's motion to dismiss case/defendant _____ only: [ ] GRANTED [ ] DENIED
- [ ] Defendant's motion to dismiss for lack of probable cause: [ ] GRANTED [ ] DENIED
- [ ] Defendant executed Waiver of Rights. [ ] Process received.
- [ ] Court ORDERS defendant Held to Answer to _____ District of _____
  - [ ] Bond to transfer, if bail is posted. Defendant to report on or before _____
  - [ ] Warrant of removal and final commitment to issue. Date issued: _____ By CRD: _____
  - [ ] Warrant of removal and final commitment are ordered stayed until _____
- [ ] Case continued to (Date) _____ (Time) _____ AM / PM
  Type of Hearing: _____ Before Judge _____ /Duty Magistrate Judge.
  Proceedings will be held in the [ ] Duty Courtroom _____ [ ] Judge's Courtroom _____
- [x] Defendant committed to the custody of the U.S. Marshal [ ] Summons: Defendant ordered to report to USM for processing.
- [ ] Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.
- [ ] Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.
- [ ] RELEASE ORDER NO: _____
- [ ] Other: _____

[x] PSA  [ ] USPO  [x] FINANCIAL    [x] CR-10  [ ] CR-29    [x] READY

Deputy Clerk Initials: GR  30 mins