E. MARTIN ESTRADA
United States Attorney
ANNAMARTINE SALICK
Assistant United States Attorney
Chief, National Security Division
ANDREW M. ROACH (Cal. Bar No. 293375)
Assistant United States Attorney
Cyber & Intellectual Property Crimes Section
  1500 United States Courthouse
  312 North Spring Street
  Los Angeles, California 90012
  Telephone: (213) 894-0306
  Facsimile: (213) 894-2927
  E-mail: andrew.roach@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:23-MJ-00460-DUTY |
| Plaintiff, | STIPULATION TO CONTINUE PRELIMINARY HEARING AND POST-INDICTMENT ARRAIGNMENT PURSUANT TO FED. R. CRIM. P. 5(d) |
| v. | |
| AMIR HOSSEIN GOLSHAN, | **Current Preliminary Hearing:** February 17, 2023 at 11:30 a.m. **Current PIA:** February 23, 2023 at 11:30 a.m. |
| Defendant. | |
| | **Proposed Preliminary Hearing and PIA:** February 24, 2023 at 11:30 a.m. |

  Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Andrew M. Roach, and defendant AMIR HOSSEIN GOLSHAN ("defendant"), by and through his counsel of record, Deputy Federal Public Defender Anne O'Toole, hereby stipulate as follows:

1. Defendant was arrested on a complaint for a violation of 18 U.S.C. § 1030(a)(7) (Threatening to Damage a Protected Computer) on February 2, 2023.

2. Defendant appeared before Magistrate Judge Karen L. Stevenson for his initial appearance on February 3, 2023. (Dkt. 7.)  The Court ordered defendant detained and set a preliminary hearing for February 17, 2023 at 11:30 a.m. and the post-indictment arraignment ("PIA") for February 23, 2023 at 11:30 a.m.  (Id.)

3. Defendant is currently in the process of retaining new counsel.  Due to delays while in custody, defendant is not expected to retain counsel until the end of this week.

4. The parties agree that defendant's pending retention of new counsel is good cause for the Court to continue the preliminary hearing and PIA under Federal Rule of Criminal Procedure 5.1(d).

5. The parties request that the Court continue defendant's preliminary hearing and PIA to February 24, 2023 at 11:30 a.m.

//
//
//
//
//
//
//
//
//
//
//
//

6. Defense counsel represents that she has spoken with defendant about this continuance and that defendant consents to the continuance of his preliminary hearing and PIA to February 24, 2023 at 11:30 a.m.

IT IS SO STIPULATED.

Dated: February 15, 2023              Respectfully submitted,

                                      E. MARTIN ESTRADA
                                      United States Attorney

                                      ANNAMARTINE SALICK
                                      Assistant United States Attorney
                                      Chief, National Security Division

                                      _____
                                      ANDREW M. ROACH
                                      Assistant United States Attorney

                                      Attorneys for Applicant
                                      UNITED STATES OF AMERICA

DATED: 2/15/2023

                                      _____
                                      ANNE O'TOOLE
                                      Deputy Federal Public Defender

                                      Attorney for Defendant
                                      AMIR HOSSEIN GOLSHAN

3