UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>AMIR HOSSEIN GOLSHAN,<br><br>　　　　Defendant. | No. 2:23-MJ-00460-DUTY<br><br>[PROPOSED] ORDER TO CONTINUE PRELIMINARY HEARING AND POST-INDICTMENT ARRAIGNMENT PURSUANT TO FED. R. CRIM. P. 5(d)<br><br>**Proposed Preliminary Hearing and PIA:**<br>February 24, 2023 at 11:30 a.m. |
|---|---|

　　The Court having read and considered the parties' stipulation to continue defendant's preliminary hearing and post-indictment arraignment, and finding good cause under Federal Rule of Criminal Procedure 5(d), now ORDERS as follows:

　　Defendant's preliminary hearing is continued from February 17, 2023 at 11:30 a.m. to February 24, 2023 at 11:30 a.m., and defendant's post-indictment arraignment is continued from February 23, 2023 at 11:30 a.m. to February 24, 2023 at 11:30 a.m.

　　IT IS SO ORDERED.

_____　　　_____
DATE　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE
Presented by:

　　/s/
_____
ANDREW M. ROACH
Assistant United States Attorney