FILED
CLERK, U.S. DISTRICT COURT

FEB 17 2023

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:23-mj-00460 |
| v. | |
| Amir Hossein Golshan | (PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY |
| Defendant(s) | |

The Court hereby orders that the request of:

Amir Hossein Golshan     ☐ Plaintiff  ☒ Defendant  ☐ Other
*Name of Party*

to substitute Alan Eisner who is

☒ Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases only)    ☐ Pro Se

16000 Ventura Blvd., Suite 1000
*Street Address*

Encino, CA 91436                                        alan@egattorneys.com
*City, State, Zip*                                         *E-Mail Address*

818-781-1570             818-617-2615             127199
*Telephone Number*         *Fax Number*            *State Bar Number*

as attorney of record instead of Anne O'Toole
                          *List all attorneys from same firm or agency who are withdrawing.*

**is hereby**   ☒ **GRANTED**   ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated  February 17, 2023

*Karen L. Stevenson*
~~U. S. District Judge~~/U.S. Magistrate Judge

G-01 ORDER (09/17)          (PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY