ALAN EISNER, State Bar # 127119
16000 Ventura Blvd., Suite 1000
Encino, CA 91436
Phone: (818) 781-1570
E-mail: alan@egattorneys.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br><br>                                        PLAINTIFF<br><br>v.<br><br>AMIR HOSSEIN GOLSHAN<br><br><br><br>                                        DEFENDANT. | CASE NUMBER<br><br>2:23-cr-00085-ODW-1<br><br><br>**NOTIFICATION RE:  APPLICATION FOR BAIL REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE OR DETENTION,**<br>**(18 U.S.C. §3142)** |

PLEASE TAKE NOTICE that the Request for Hearing on the Application for Review/Reconsideration of Order Setting Conditions of Release/Detention:

☑ is approved.  The matter is set on calendar for hearing before:

☐ District Judge _____

☑ Magistrate Judge _Chief Magistrate Judge Karen L. Stevenson_

on _March 8, 2023_ at _10:00_ ☑ a.m. ☐ p.m.

in courtroom _580, 5th Floor, Roybal Federal courthouse, 255 E. Temple St., LA, CA 90012_.

☐ is not approved.

☐ Other: _____

An interpreter is  ☐ required  ☑ is not required.  Language _____
Defendant is  ☑ in custody  ☐ not in custody.

Clerk, U. S. District Court

| | | |
|---|---|---|
| _February 24, 2023_ | Gay Roberson | (213) 894-3922 |
| Date | Deputy Clerk | Contact Phone Number |

Notice is electronically made upon transmission of the Notice of Electronic Filing to the following agencies:
cc: ☐ Probation  ☐ Interpreter's Office  ☑ PSA.

**NOTIFICATION  RE:  APPLICATION FOR BAIL REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE OR DETENTION, (18 U.S.C. §3142)**

CR-88A  (10/09)