# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 2:23-CR-00085   Recorder: CS 02/24/2023   Date: 02/24/2023

Present: The Honorable Patricia Donahue, U.S. Magistrate Judge

Court Clerk: Isabel Verduzco                     Assistant U.S. Attorney: Andrew Roach

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| AMIR HOSSEIN GOLSHAN, Reg # 07410-506  CUSTODY-PRESENT BY VTC | ALAN EISNER AND DMITRY GURMIN RETAINED | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE .**

Deft is arraigned and states true name is the name on the charging document.

Defendant is given a copy of the Indictment and acknowledges having been read or having received a copy of the Indictment and waives the reading thereof.

Defendant pleads not guilty to all counts in the Indictment.

This case is assigned to the calendar of District Judge Otis D. Wright II.
It is ordered that the following date(s) and time(s) are set:
   Jury Trial 4/18/2023 at 9:00 AM
   Defendant and counsel are ordered to appear before said judge at the time and date indicated.

The defendant consents to appear by VTC due to the waether closure of the 5 fwy over the Grape Vine during the recent storms.

First Appearance/Appointment of Counsel: 00 : 00
PIA: 00 : 15
Initials of Deputy Clerk: IV by TRB

cc: Statistics Clerk, PSALA USMLA