Alan Eisner
Eisner Gorin LLP
16000 Ventura Blvd., Suite 1000
Encino, CA 91436



FILED
CLERK, U.S. DISTRICT COURT

2023
FEB 24

CENTRAL DISTRICT OF CALIFORNIA
BY                DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER 2:23-CR-00085-ODW |
|---|---|
| PLAINTIFF | |
| v. | |
| Amir Hossein Golshan | DESIGNATION AND APPEARANCE OF COUNSEL |
| DEFENDANT(S). | |

## DESIGNATION OF COUNSEL

I, the undersigned defendant in the above-numbered case, hereby designate and appoint Alan Eisner _____, Esquire, as my attorney to appear for me throughout all proceedings in this case.

2-16-2023
Date

Defendant's Signature

MacFarland, CA
City and State

## APPEARANCE OF COUNSEL

I, Alan Eisner _____ Attorney at law duly admitted to practice before the United States District Court for the Central District of California, hereby consent to my designation and appointment as counsel for the above-named defendant. The Clerk is therefore requested to enter my appearance as defendant's counsel.

Receipt is hereby acknowledged of a copy of the Indictment or Information in this case.

2-16-2023
Date

Attorney's Signature

127119
California State Bar Number

16000 Ventura Blvd., Suite 1000
Street Address

Encino, CA 91436
City, State, Zip Code

818-781-1570
Telephone Number

818-617-2615
Fax Number

alan@egattorneys.com
E-mail Address

CR-14 (01/07)  DESIGNATION AND APPEARANCE OF COUNSEL