FILED
CLERK, U.S. DISTRICT COURT

MAR - 8 2023

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF, v. | 23cr00085-ODW |
| AMIR HOSSEIN GOLSHAN | **AFFIDAVIT OF THIRD-PARTY CUSTODIAN** |
| DEFENDANT/MATERIAL WITNESS, | |

Having been ordered by the Court on __MARCH 8, 2023__ to take third-party custody of __AMIR HOSSEIN Golshan__, I, __AMIR MANSOUR Golshan__ agree to (a) supervise the defendant/material witness, (b) use every effort to assure the defendant's/material witness' appearance at all court proceedings, and (c) notify Pretrial Services immediately if the defendant/material witness violates a condition of release or is no longer in the custodian's custody. I understand that if I fail to discharge my obligations under this agreement I may be held in contempt of court.

_[signature]_
✗ Signature of Third-Party Custodian (Person or Organization)

__FATHER__
Relationship to Defendant/Material Witness

_____
Address (only if the above is an organization)

_____
City and State only

Date: __3-8-2023__

_____
Telephone Number