*United States Probation & Pretrial Services*

United States District Court
Central District of California



FILED
CLERK, U.S. DISTRICT COURT

MAR - 8 2023

CENTRAL DISTRICT OF CALIFORNIA
BY   TV   DEPUTY

Kiry K. Gray
District Court Executive / Clerk of Court

Natasha Alexander-Mingo
Chief Probation & Pretrial Services Officer

March 8, 2023

United States District Court
Los Angeles, California

**Re: Release Order Authorization**
Defendant: **Golshan, Amir Hossien**
Docket No.: 23:CR-0085-ODW-1

To Whom It May Concern:

The above-referenced defendant was ordered released on a bond that includes the special condition of placement into the Location Monitoring Program and **RELEASE TO PRETRIAL SERVICES ONLY**. The Location Monitoring Unit has been advised and is available to release the defendant from custody.

If you determine the bond has been satisfied, please prepare a release order with the **RELEASE TO PRETRIAL SERVICES ONLY** box checked for the duty Magistrate Judge's signature.

Sincerely,

Armando Castellon
U.S. Pretrial Services Officer
213-392-1532