*United States Probation & Pretrial Services*

United States District Court
Central District of California



Kiry K. Gray
District Court Executive / Clerk of Court

Natasha Alexander-Mingo
Chief Probation & Pretrial Services Officer

**FILED**
CLERK, U.S. DISTRICT COURT
3/8/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: ___TV___ DEPUTY

PACTS No: 8315591

**Passport Receipt**

Defendant Name:  Amir Hossein Golshan
Name on passport, if different:
Country of Origin:  USA
Date passport issued:  September 1, 2022
Expiration date of passport:  August 31, 2032
Passport# A07188854
Ordered by court in the
Docket Number:   : 2:23CR00085-1

U.S. Probation & Pretrial Services

Defendant Name:  Amir Hossein Golshan
Name on passport, if different:
Country of Origin:  Islamic Repubic of Iran
Date passport issued:  May 07, 2014
Expiration date of passport:  May 7, 2019
Passport# 195773140
Ordered by court in the
Docket Number:   : 2:23CR00085-1

Surrendered By
AUSA  Andrew M. Roach

3-8-2023
Date

Received By
Susan H. Manzi

3-8-2023
Date

U.S. Probation & Pretrial Services

*United States Probation & Pretrial Services*

United States District Court
Central District of California



Kiry K. Gray
District Court Executive / Clerk of Court

Natasha Alexander-Mingo
Chief Probation & Pretrial Services Officer

Returned To                                                  Date

_____           _____
Surrendered By                                               Date

Purpose Returned
Address (if mailed)

U.S. Probation & Pretrial Services.