E. MARTIN ESTRADA
United States Attorney
ANNAMARTINE SALICK
Assistant United States Attorney
Chief, National Security Division
ANDREW M. ROACH (Cal. Bar No. 293375)
Assistant United States Attorney
Cyber & Intellectual Property Crimes Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0306
     Facsimile: (213) 894-2927
     E-mail:    andrew.roach@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:23-CR-00085-ODW |
|---|---|
| Plaintiff, | STIPULATION REGARDING REQUEST FOR (1) CONTINUANCE OF TRIAL DATE AND (2) FINDINGS OF EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT |
| v. | |
| AMIR HOSSEIN GOLSHAN, | |
| Defendant. | **CURRENT TRIAL DATE:** April 18, 2023<br>**PROPOSED TRIAL DATE:** August 22, 2023 |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Andrew M. Roach, and defendant AMIR HOSSEIN GOLSHAN ("defendant"), both individually and by and through his counsel of record, Alan Eisner, hereby stipulate as follows:

1.   The Indictment in this case was filed on February 23, 2023. Defendant first appeared before a judicial officer of the court in which the charges in this case were pending on February 3, 2023.  The

Speedy Trial Act, 18 U.S.C. § 3161, originally required that the trial commence on or before May 4, 2023.

  2. On February 24, 2023, the Court set a trial date of April 18, 2023.

  3. Defendant is currently detained pending the posting of his ordered bond. The parties estimate that the trial in this matter will last approximately three to five days.

  4. By this stipulation, defendant moves to continue the trial date to August 22, 2023. This is the first request for a continuance.

  5. Defendant requests the continuance based upon the following facts, which the parties believe demonstrate good cause to support the appropriate findings under the Speedy Trial Act:

    a. Defendant is charged with a violation of 18 U.S.C. § 1030(a)(2)(C), (c)(2)(B)(i), (c)(2)(B)(ii) (Unauthorized Access to a Protected Computer to Obtain Information); 18 U.S.C. § 1343 (Wire Fraud); 18 U.S.C. § 1030(a)(4), (c)(3)(A) (Accessing a Computer to Defraud and Obtain Value); 18 U.S.C. § 1028A(a)(1) (Aggravated Identity Theft); and 18 U.S.C. § 1030(a)(7)(C), (c)(3)(A) (Threatening to Damage a Protected Computer).

    b. The government has produced discovery to the defense, including approximately 1,580 pages of written discovery, as well as a significant amount of digital evidence. The government anticipates additional productions of digital evidence from the digital devices seized at the time of defendant's arrest.

    c. Defense counsel for defendant is presently scheduled to be in trial on the following days:

         i.   <u>United States v. Navin Khanna</u>, Case number 2:22-CR-00213 (E.D. Cal), a nine-defendant case which is scheduled for status conference on April 24, 2023, with a four-week estimate trial to be set;

         ii.   <u>People v. Kevin Yohannes</u>, Case number BA501698, Clara Shortridge Foltz Courthouse, a one-defendant case, which is scheduled for motions hearing on April 5, 2023, with a two-week trial to be set;

         iii.  <u>United States v. Takumi Watanabe</u>, Case Number 8:21-cr-00174-FMO (C.D. Cal.), a one-defendant case, which is scheduled for jury trial on April 18, 2023, and estimated to last one week;

         iv.  <u>People v. Luis Cardona</u>, Case number PA068688, San Fernando Superior Court Department J, a one-defendant case which is scheduled for trial on May 4, 2023, and estimated to last two weeks;

         v.   <u>United States v. Luis Romero,</u> Case number 2:18-cr-00892-AB-8 (C.D. Cal.), a 26-defendant case which is scheduled for jury trial on March 28, 2023, and estimated to last two to three weeks; and

         vi.  <u>United States v. Anthony Eladio Romasanta</u>, Case number 2:22-cr-00299-FLA (C.D. Cal.), a two-defendant case which is scheduled for jury trial on April 25, 2023, and estimated to last one week.

Accordingly, counsel for defendant represents that he will not have the time that he believes is necessary to prepare to try this case on the current trial date.

    d.   In light of the foregoing, counsel for defendant also represents that additional time is necessary to confer with

defendant, conduct and complete an independent investigation of the case, conduct and complete additional legal research including for potential pre-trial motions, review the discovery and potential evidence in the case, and prepare for trial in the event that a pretrial resolution does not occur.  Defense counsel represents that failure to grant the continuance would deny him reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      e.   Defendant believes that failure to grant the continuance will deny him continuity of counsel and adequate representation.

      f.   The government does not object to the continuance.

      g.   The requested continuance is not based on congestion of the Court's calendar, lack of diligent preparation on the part of the attorney for the government or the defense, or failure on the part of the attorney for the Government to obtain available witnesses.

6.   For purposes of computing the date under the Speedy Trial Act by which defendant's trial must commence, the parties agree that the time period of April 18, 2023 to August 22, 2023, inclusive, should be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (h)(7)(B)(iv) because the delay results from a continuance granted by the Court at defendant's request, without government objection, on the basis of the Court's finding that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and

4

1  (iii) failure to grant the continuance would unreasonably deny
2  defendant continuity of counsel and would deny defense counsel the
3  reasonable time necessary for effective preparation, taking into
4  account the exercise of due diligence.
5      7.   Nothing in this stipulation shall preclude a finding that
6  other provisions of the Speedy Trial Act dictate that additional time
7  periods be excluded from the period within which trial must commence.
8  Moreover, the same provisions and/or other provisions of the Speedy
9  Trial Act may in the future authorize the exclusion of additional
10 time periods from the period within which trial must commence.
11     IT IS SO STIPULATED.

Dated: March 27, 2023                Respectfully submitted,

                                     E. MARTIN ESTRADA
                                     United States Attorney

                                     ANNAMARTINE SALICK
                                     Assistant United States Attorney
                                     Chief, National Security Division

                                     _____
                                     ANDREW M. ROACH
                                     Assistant United States Attorney

                                     Attorneys for Applicant
                                     UNITED STATES OF AMERICA

5

**CERTIFICATION OF DEFENSE COUNSEL**

I am AMIR HOSSEIN GOLSHAN's attorney. I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights. To my knowledge, my client understands those rights and agrees to waive them. I believe that my client's decision to give up the right to be brought to trial earlier than August 22, 2023 is an informed and voluntary one.

_____  3.27-2023
ALAN EISNER                 Date
Attorney for Defendant
AMIR HOSSEIN GOLSHAN

**CERTIFICATION OF DEFENDANT**

I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights. I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than August 22, 2023. I understand that I will be ordered to appear in Courtroom 5D of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on August 22, 2023 at 9:00 a.m.

_____  3/24/2023
AMIR HOSSEIN GOLSHAN         Date
Defendant

6