E. MARTIN ESTRADA
United States Attorney
ANNAMARTINE SALICK
Assistant United States Attorney
Chief, National Security Division
ANDREW M. ROACH (Cal. Bar No. 293375)
Assistant United States Attorney
Cyber & Intellectual Property Crimes Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0306
    Facsimile: (213) 894-2927
    E-mail:    andrew.roach@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:23-CR-00085-ODW |
|---|---|
| Plaintiff, | STIPULATION TO IMPOSE ADDITIONAL CONDITIONS OF PRETRIAL SUPERVISION FOR DEFENDANT |
| v. | |
| AMIR HOSSEIN GOLSHAN, | |
| Defendant. | |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Andrew M. Roach, and defendant AMIR HOSSEIN GOLSHAN ("defendant"), both individually and by and through his counsel of record, Alan Eisner, hereby stipulate to the following additional conditions of defendant's pretrial supervision which have been proposed by defendant's supervising Pretrial Services Officer:

    1.    Defendant is not to partake in or enter any gambling establishment where gambling is conducted, or have access to gambling websites or applications.

2. The defendant is prohibited from using any programs or applications that provide for end-to-end encrypted communication.

3. The defendant is prohibited from accessing and/or using any Social Media apps/platforms unless approved by the supervising agency.

Defense counsel represents that he has conferred with defendant regarding these additional conditions, and defendant consents to these conditions. Defendant will sign this stipulation after his release from custody.

IT IS SO STIPULATED.

Dated: March 27, 2023

Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

ANNAMARTINE SALICK
Assistant United States Attorney
Chief, National Security Division

ANDREW M. ROACH
Assistant United States Attorney

Attorneys for Applicant
UNITED STATES OF AMERICA

Dated: 3-27-2023

ALAN EISNER
Attorney for Defendant
AMIR HOSSEIN GOLSHAN

Dated: 3/24/2023

AMIR HOSSEIN GOLSHAN
Defendant