E. MARTIN ESTRADA
United States Attorney
ANNAMARTINE SALICK
Assistant United States Attorney
Chief, National Security Division
ANDREW M. ROACH (Cal. Bar No. 293375)
Assistant United States Attorney
Cyber & Intellectual Property Crimes Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0306
     Facsimile: (213) 894-2927
     E-mail:    andrew.roach@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:23-CR-00085-ODW |
|---|---|
| Plaintiff, | STIPULATION TO IMPOSE ADDITIONAL CONDITIONS OF PRETRIAL SUPERVISION FOR DEFENDANT |
| v. | |
| AMIR HOSSEIN GOLSHAN, | |
| Defendant. | |

　　　　Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Andrew M. Roach, and defendant AMIR HOSSEIN GOLSHAN ("defendant"), both individually and by and through his counsel of record, Alan Eisner, hereby stipulate to the following additional conditions of defendant's pretrial supervision which have been proposed by defendant's supervising Pretrial Services Officer:

　　　　1.　　Defendant is not to partake in or enter any gambling establishment where gambling is conducted, or have access to gambling websites or applications.

2. The defendant is prohibited from using any programs or applications that provide for end-to-end encrypted communication.

3. The defendant is prohibited from accessing and/or using any Social Media apps/platforms unless approved by the supervising agency.

Defense counsel represents that he has conferred with defendant regarding these additional conditions, and defendant consents to these conditions. Defendant will sign this stipulation after his release from custody.

IT IS SO STIPULATED.

Dated: March 27, 2023

Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

ANNAMARTINE SALICK
Assistant United States Attorney
Chief, National Security Division

_/s/ Andrew M. Roach_
ANDREW M. ROACH
Assistant United States Attorney

Attorneys for Applicant
UNITED STATES OF AMERICA

Dated: 3-27-2023

_/s/ Alan Eisner_
ALAN EISNER
Attorney for Defendant
AMIR HOSSEIN GOLSHAN

Dated: 3/24/2023

_/s/ Amir Hossein Golshan_
AMIR HOSSEIN GOLSHAN
Defendant

## CERTIFICATION OF SURETIES

We, the undersigned sureties, have reviewed the additional bond conditions for defendant AMIR HOSSEIN GOLSHAN ("defendant"). We understand the three additional conditions imposed will be the following:

1. Defendant is not to partake in or enter any gambling establishment where gambling is conducted, or have access to gambling websites or applications.

2. The defendant is prohibited from using any programs or applications that provide for end-to-end encrypted communication.

3. The defendant is prohibited from accessing and/or using any Social Media apps/platforms unless approved by the supervising agency.

We agree to these additional modifications to defendant's bond and we further agree that these conditions are incorporated into our affidavits of surety.

Dated: 4/6/2023

_____
AMIR MANSOUR GOLSHAN
Surety for Defendant
AMIR HOSSEIN GOLSHAN

Dated: 4/6/2023

_____
GOLNAZ GOLSHAN
Surety for Defendant
AMIR HOSSEIN GOLSHAN