UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:23-CR-00085-ODW |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER IMPOSING ADDITIONAL CONDITIONS OF PRETRIAL SUPERVISION FOR DEFENDANT |
| v. | |
| AMIR HOSSEIN GOLSHAN, | |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN, IT IS ORDERED that the following additional conditions of pretrial supervision for defendant AMIR HOSSEIN GOLSHAN are hereby imposed:

1. Defendant is not to partake in or enter any gambling establishment where gambling is conducted, or have access to gambling websites or applications.

2. The defendant is prohibited from using any programs or applications that provide for end-to-end encrypted communication.

//

//

//

3. The defendant is prohibited from accessing and/or using any Social Media apps/platforms unless approved by the supervising agency.

4. All other conditions of defendant AMIR HOSSEIN GOLSHAN's bond and pretrial supervision remain the same.

IT IS SO ORDERED.

April 7, 2023
DATE

THE HONORABLE KAREN L. STEVENSON
CHIEF U.S. MAGISTRATE JUDGE

Presented by:
      /s/
ANDREW M. ROACH
Assistant United States Attorney

2