FILED
CLERK, U.S. DISTRICT COURT
6/5/23
CENTRAL DISTRICT OF CALIFORNIA
BY: ___SE___ DEPUTY

# United States District Court
for
CENTRAL DISTRICT OF CALIFORNIA

U.S.A.   VS.   Amir Hossein Golshan                                          Docket No.:  2:23-CR-00085-ODW

### Petition for Action on Conditions of Pretrial Release (OSC Request)

COMES NOW NATASHA ALEXANDER-MINGO, CHIEF PROBATION & PRETRIAL SERVICES OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of <u>Amir Hossein Golshan</u>, who was placed under pretrial release supervision by the Honorable <u>KAREN L. STEVENSON</u>, sitting in the Court at <u>Los Angeles, California</u>, on the <u>8th</u> day of <u>March</u>, <u>2023</u>, under the General Conditions of Release and additional conditions as listed on the attached District Court's Release Order and Bond Form (CR-1).

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

1. Having been ordered by the Court to possess and use only those digital devices that he has disclosed to Supervising Agency upon commencement of supervision, on or before May 31, 2023, Amir Hossein Golshan possessed and/or used a digital device, specifically his father's smartphone, which was not disclosed upon commencement of supervision.

2. Having been ordered by the Court to report to Pretrial Services as directed, the defendant failed to report to the Pretrial Services Office on April 4, 2023, as directed.

**PRAYING THAT THE COURT WILL ORDER** Amir Hossein Golshan cited into Court, to show cause why the defendant's bond should not be revoked.

ORDER OF COURT

Considered and ordered this <u>5th</u> day of <u>June</u>, 20<u>23</u> and ordered filed and made a part of the records in the above case.

_____
United States District Judge
HONORABLE OTIS D. WRIGHT II

I declare under penalty of perjury that the foregoing and/or attached is true and correct to the best of my knowledge.

Executed on June 1, 2023

_____
ALICIA MIRGAIN
U.S. Probation & Pretrial Services Officer
Place:  Los Angeles, California