# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| | |
|---|---|
| Case No. | CR 23-00085-ODW |
| Date | June 7, 2023 |

Present: The Honorable **OTIS D. WRIGHT II, UNITED STATES DISTRICT JUDGE**

Interpreter

| Sheila English | COURT SMART | Andrew M. Roach |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Amir Hossein Golshan | | X | X | Alan Eisner | X | | X |

**Proceedings:** **OSC RE: BOND**

The case is called, appearances made. Also present was USPO, Alicia Ginsburg and Terry Ginsburg, supervisor. The Court hears from counsel, the Probation Officer's and. Mr. Golshan re: why his bond should not be revoked. The Court orders defendant remanded to the custody of the USM immediately pending his trial. Bond is revoked.

1 : 00

Initials of Deputy Clerk   se