E. MARTIN ESTRADA
United States Attorney
CAMERON L. SCHROEDER
Assistant United States Attorney
Chief, National Security Division
ANDREW M. ROACH (Cal. Bar No. 293375)
Assistant United States Attorney
Cyber & Intellectual Property Crimes Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:  (213) 894-0306
    Facsimile:  (213) 894-2927
    E-mail:  andrew.roach@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:23-CR-00085-ODW |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING FOR DEFENDANT AMIR HOSSEIN GOLSHAN |
| v. | |
| AMIR HOSSEIN GOLSHAN, | **CURRENT SENTENCING DATE:** November 27, 2023 at 9:00 a.m. |
| Defendant. | **PROPOSED SENTENCING DATE:** January 29, 2024 at 9:00 a.m. |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Andrew M. Roach, and defendant Amir Hossein Golshan ("defendant"), by and through his counsel of record, Alan Eisner, hereby stipulate as follows:

    1.    On July 19, 2023, defendant pled guilty to counts one, two, and four of the indictment, which charged defendant with unauthorized access to a protected computer to obtain information, in violation of 18 U.S.C. § 1030(a)(2)(C), (c)(2)(B)(i),

(c)(2)(B)(ii) (count one), wire fraud, in violation of 18 U.S.C. § 1343 (count two), and accessing a computer to defraud and obtain value, in violation of 18 U.S.C. § 1030(a)(4), (c)(3)(A) (count four).

    2.    The Court set defendant's sentencing for November 27, 2023, at 9:00 a.m.

    3.    Defendant is currently in custody.

    4.    Defense counsel requests a continuance of defendant's sentencing. Defense counsel believes good cause exists for a continuance in light of the extensive presentence report and the need to review defendant's medical records and develop further mitigation evidence.

    5.    The government does not object to the continuance.

Accordingly, the parties respectfully request the Court continue sentencing from November 27, 2023, at 9:00 a.m. to January 29, 2024 at 9:00 a.m.

IT IS SO STIPULATED.

Dated: November 9, 2023

Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

CAMERON L. SCHROEDER
Assistant United States Attorney
Chief, National Security Division

    */s/ Andrew M. Roach*
ANDREW M. ROACH
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: November 9, 2023

    */s/ with permission*
ALAN EISNER

Attorney for Defendant
AMIR HOSSEIN GOLSHAN

**Local Rule 5-4.3.4 Attestation**

I, Andrew M. Roach, attest that all signatories listed in this filing, who electronically signed with a "s" and on whose behalf the filing is submitted, concur in the content of and have authorized the filing.

/s/ Andrew M. Roach