UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:23-CR-00085-ODW |
|---|---|
| Plaintiff, | [PROPOSED] ORDER TO CONTINUE SENTENCING FOR DEFENDANT AMIR HOSSEIN GOLSHAN |
| v. | |
| AMIR HOSSEIN GOLSHAN, | **CURRENT SENTENCING DATE:** November 27, 2023 at 9:00 a.m. |
| Defendant. | **PROPOSED SENTENCING DATE:** January 29, 2024 at 9:00 a.m. |

The Court has read and considered the Stipulation to Continue Sentencing for Defendant Amir Hossein Golshan, and finding that good cause has been shown, hereby orders that defendant Amir Hossein Golshan's sentencing currently set for November 27, 2023, at 9:00 a.m., is continued to January 29, 2024, at 9:00 a.m.

IT IS SO ORDERED.

_____                    _____
DATE                                              The Honorable Otis D. Wright II
                                                  United States District Judge

Presented by:
   /s/
_____
Andrew M. Roach
Assistant United States Attorney