**DENIED BY ORDER OF THE COURT**

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AMIR HOSSEIN GOLSHAN,<br><br>Defendant. | No. 2:23-CR-00085-ODW<br><br><u>ORDER DENYING CONTINUE SENTENCING FOR DEFENDANT AMIR HOSSEIN GOLSHAN</u><br><br>**CURRENT SENTENCING DATE:**<br>November 27, 2023 at 9:00 a.m.<br><br>**PROPOSED SENTENCING DATE:**<br>January 29, 2024 at 9:00 a.m. |

The Court has read and considered the Stipulation to Continue Sentencing for Defendant Amir Hossein Golshan, and finding that good cause has been shown, hereby orders that defendant Amir Hossein Golshan's sentencing currently set for November 27, 2023, at 9:00 a.m., is continued to January 29, 2024, at 9:00 a.m.

IT IS SO ORDERED.

November 13, 2023                                          DENIED BY ORDER OF THE COURT
DATE                                                                  The Honorable Otis D. Wright II
                                                                              United States District Judge