EISNER GORIN LLP
ALAN EISNER, State Bar # 127119
16000 Ventura Blvd., Suite 1000
Encino, CA 91436
Phone: (818) 781-1570
Email: alan@egattorneys.com

Attorney for Defendant,
AMIR GOLSHAN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>AMIR GOLSHAN,<br><br>    Defendant. | Case No.: CR 23-00085-ODW<br><br>DEFENDANT AMIR GOLSHAN'S UNOPPOSED EX PARTE APPLICATION TO CONTINUE SENTENCING; DECLARATION OF ALAN EISNER<br><br>Current Date: November 27, 2023<br>Proposed Date: January 29, 2024 |

TO THE HONORABLE OTIS D. WRIGHT II, UNITED STATES DISTRICT JUDGE:

Defendant Amir Golshan, by and through his counsel of record Alan Eisner, hereby applies *ex parte* to continue Defendant's sentencing date for the following reasons:

1. On July 19, 2023, Defendant pled guilty in Counts One, Two, and Four.

2. Sentencing is presently set for November 27, 2023.

3. On October 24, 2023, the probation department disclosed a 62-page presentence report consisting of 350 enumerated paragraphs, including a 178-paragraph description of the offense conduct and victim impact. (Dkt. 56 at ¶¶ 20-198.)  The same day, probation filed a sentence recommendation letter arguing for a substantially above-guidelines sentence. (Dkt. 55.)

1

4. On November 9, 2023, the parties filed a stipulation to continue the sentencing citing the extensive PSR and the need to further develop defense mitigation for sentencing. (Dkt. 57.) The Court denied the stipulation on November 13, 2023. (Dkt. 58.)

5. On November 14, 2023, the parties exchanged emails with the Court's Courtroom Deputy, who relayed that the Court was denying all requests to continue sentencing hearings to avoid congestion and upcoming trials in 2024.

6. As set forth in the declaration of Alan Eisner, attached, defense counsel has retained an expert psychologist. That expert is working with reasonable diligence to produce a mitigation report addressing Defendant's mental health challenges, which are acknowledged to exist in probation's recommendation letter. This report will arguably constitute the most important defense mitigation evidence which the Court should consider at sentencing. Without an opportunity to receive, process, and describe the report in his sentencing position, Defendant will not receive constitutionally adequate representation at sentencing.

7. The prosecutor assigned to this case does not object to this application.

8. Accordingly, Defendant's sentencing should be continued to January 29, 2024, or to another date before then convenient with the court's calendar, giving defense counsel sufficient time to properly prepare for the sentencing hearing.

Respectfully submitted,

EISNER GORIN LLP

Dated: November 14, 2023         /S/ ALAN EISNER

ALAN EISNER
Attorney for Defendant
AMIR GOLSHAN

2