## DECLARATION OF ALAN EISNER

I, Alan Eisner, declare:

1. I am attorney of record for Defendant Amir Golshan in case number 23-CR-00085-ODW. I submit this declaration under penalty of perjury in support of Defendant's *ex parte* application to continue his sentencing date from November 27, 2023 to January 29, 2024.

2. I require additional time to ensure Defendant receives the competent representation of counsel to which he is entitled in his sentencing hearing.

3. The presentence report in this case is 62 pages long and contains extensive descriptions of offense conduct and victim impact. It was disclosed on October 24, 2023. The probation department recommends a sentence of 96 months, a sentence that twice exceeds the advisory guideline range. I require additional time to process this report and adequately respond to it in my sentencing position.

4. More critically, I have yet to receive my expert psychological report which will form the main basis of Defendant's mitigation position at sentencing. Defendant entered a change of plea on July 19, 2023. I contacted Dr. Stephen C. Phillips, J.D., Psy.D. to inquire about his availability and willingness to evaluate Defendant and prepare the necessary report the day after.

5. My client's family engaged Dr. Phillips on August 1, 2023 and retained him on August 23, 2023.

6. Dr. Phillips evaluated Defendant in custody on September 8, 2023 and received his medical records from MDC on September 25, 2023. I promptly forwarded Dr. Phillips the PSR to incorporate that information in his analysis after it was disclosed on October 24, 2023.

7. On November 1, 2023, Dr. Phillips informed me that due to his other work commitments, he had completed the bare bones of the report but required additional time to finalize it. As of this writing, I have not received the final report.

8. I believe Dr. Phillips is working diligently on this report based on my prior experience working with him, including in federal sentencing matters. This is a complex case involving a substantial amount of material with a defendant who is in custody. Without Dr. Phillips' report, I cannot competently represent Defendant at sentencing.

9. For the foregoing reasons, I respectfully request a continuance to the end of January to ensure I receive the psychological report, process it, and incorporate it appropriately into my sentencing position.

I swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 14th day of November 2023 at Los Angeles, California.

/s/ Alan Eisner
ALAN EISNER