EISNER GORIN LLP
ALAN EISNER, State Bar # 127119
16000 Ventura Blvd., Suite 1000
Encino, CA 91436
Phone: (818) 781-1570
Email: alan@egattorneys.com

Attorney for Defendant,
AMIR GOLSHAN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 23-00085-ODW |
| Plaintiff, | [PROPOSED] ORDER CONTINUING SENTENCING HEARING |
| vs. | Current Date: November 27, 2023 |
| AMIR GOLSHAN, | New Date: January 29, 2024 |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT:

1. The presently set sentencing of November 27, 2023 is vacated, and the defendant's sentencing is reset to January 29, 2024 at 9:00 a.m.

Dated: November __, 2023

_____
HON. OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE

Presented by:
Alan Eisner
Counsel for Defendant

1