**DENIED BY ORDER OF THE COURT**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 23-00085-ODW |
| Plaintiff, | ORDER DENYING CONTINUING SENTENCING HEARING |
| vs. | Current Date: November 27, 2023 |
| AMIR GOLSHAN, | New Date: January 29, 2024 |
| Defendant. | |

NO GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT:

1. The presently set sentencing of November 27, 2023 is vacated, and the defendant's sentencing is reset to January 29, 2024 at 9:00 a.m.

Dated: November 15, 2023         **DENIED BY ORDER OF THE COURT**

HON. OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE

1