Alan Eisner Cal. Bar No. 127119
Eisner Gorin LLP
16000 Ventura Blvd., Suite 1000
Encino, CA 91436
Attorney for Defendant Amir Golshan

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES of AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 2:23CR-00085-ODW |
| v. | |
| AMIR GOLSHAN | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually [✓] Filed  [ ] Lodged: **(List Documents)**

1. DEFENDANT'S EX PARTE APPLICATION FOR ORDER SEALING DOCUMENT; DECLARATION OF ALAN EISNER
2. [PROPOSED] ORDER RE: DEFENDANT'S EX PARTE APPLICATION
3. UNDER SEAL DOCUMENT

**Reason:**

[✓] Under Seal
[ ] In Camera
[ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
[ ] Per Court order dated: _____
[ ] Other:

November 20, 2023
Date

/S/ ALAN EISNER
Attorney Name

AMIR GOLSHAN
Party Represented

*Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                    **NOTICE OF MANUAL FILING OR LODGING**